1034

[No. 34592-7-II.   Division Two.   June 28, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER NEIL HAGER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-00768-8, James E. Warme, J., entered March 22, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.

[No. 34594-3-II.   Division Two.   June 28, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY BONIFACIO REED, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-01084-1, Anna M. Laurie, J., entered March 17, 2006. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Penoyar, J.

[No. 34635-4-II.   Division Two.   June 28, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TYLER J. MIESSE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-02441-4, Katherine M. Stolz, J., entered April 6, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 34792-0-II.   Division Two.   June 28, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. COREY ALAN RUNYON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-02607-3, Robert L. Harris, J., entered April 5, 2006. *Affirmed in part* and *reversed in part* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.